IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


DENISE VAN SICKLE,

       Plaintiff,


   vs.                           Civil Action 2:12-cv-676

                                  Magistrate Judge King

WEXNER HERITAGE VILLAGE,

       Defendant.


## ORDER

    This case has been reported settled.

    **A status conference will be held on July 12, 2013 at 10:00 a.m., unless the dismissal entry is received prior to that time.**

    If the case remains pending on that date, but no party appears for the conference, the Court will assume that the case is subject to dismissal and will order the case dismissed with prejudice.


  June 11, 2013                         *s/Norah McCann King*
                                     Norah McCann King
                           United States Magistrate Judge